IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Au-TOMOTIVE GOLD, INC., <br><br> Plaintiff, <br><br> vs. <br><br> VOLKSWAGEN OF AMERICA, INC., et al., <br><br> Defendant. | No. CIV 01-162-TUC-WDB <br><br> **ORDER** |

Pending before the Court is Defendants' Motion for Status Conference concerning briefing that had been submitted on the issues of the scope of injunctive relief and Plaintiff's entitlement to attorney's fees and expenses. Because the Court addresses those issues at this time, the Motion for Status Conference is moot and **DENIED**.

On the issue of the breadth of injunctive relief granted, the Court finds that relief requested by Plaintiff is not too broad in this instance and the Court shall enter the proposed Order submitted by the Plaintiffs.

On the issue of attorney's fees, the Court finds that each party shall bear its own fees and costs.

Accordingly,

IT IS HEREBY **ORDERED** that the Motion for Status Conference is **DENIED**.

1 |     IT IS FURTHER **ORDERED** that the request for attorney's fees and costs is
2 | **DENIED**.
3 |     IT IS FURTHER **ORDERED** that the Clerk of the Court shall enter Judgment in this
4 | matter accordingly.
5 |     DATED this 13th day of May, 2004.

*William D. Browning* (signature)
William D. Browning
Senior United States District Judge