UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA - TUCSON DIVISION

| | |
|---|---|
| Au-TOMOTIVE GOLD, INC., <br><br> Plaintiff/ Counterdefendant, <br><br> vs. <br><br> VOLKSWAGEN OF AMERICA, INC.; AUDI OF AMERICA, INC.; VOLKSWAGEN AKTIENGESELLSCHAFT; AUDI AKTIENGESELLSCHAFT; AND CONTINENTAL ENTERPRISES, <br><br> Defendants/ Counterclaimants | NO. CIV 01-162-TUC-WDB <br><br> *Consolidation of: USDC for Arizona Case No. CIV 01-508 TUC WDB & USDC for Arizona Case No. CIV 01-162 TUC JCC* <br><br> **ORDER GRANTING DECLARATORY AND INJUNCTIVE RELIEF AGAINST VOLKSWAGEN OF AMERICA, INC., VOLKSWAGENAKTIENGESELLSCHAFT, AUDI AKTIENGESELLSCHAFT, AND MANDERS DETECTIVE AGENCY, INC. DBA CONTINENTAL ENTERPRISES** <br><br> Assigned to: <br> Hon. William D. Browning |

In accordance with the Orders of this Court dated April 7, 2003 and June 10, 2003, and the parties' arguments and evidence as to the matters set forth below,

IT IS HEREBY **ORDERED**:

A. The license plates, license plate frames and key chains displaying Volkswagen and Audi trademarks manufactured and sold by Au-TOMOTIVE GOLD, Inc. ("AGI") are not trademark infringements and/or trademark counterfeiting.

B. It is the right of AGI and its customers to continue their business in the manufacture and/or marketing, distribution and sale of such license plates, license plate frames and key chains without any further action, threat or

Inc., Volkswagen Aktiengesellschaft, Audi Aktiengesellschaft and Manders detective Agency, Inc. dba Continental Enterprises or anyone claiming through such defendants on account of such trademarks;

C. Volkswagen of America, Inc., Volkswagen Aktiengesellschaft, Audi Aktiengesellschaft, Manders Detective Agency, Inc. dba Continental Enterprises and all of their directors, officers, employees, agents, attorneys and all those acting or purporting to act on their behalf (collectively "defendants") shall forever cease and desist from:

    1. asserting, threatening or otherwise relying upon Volkswagen or Audi trademarks as a basis for a claim of trademark infringement or trademark counterfeiting against Au-TOMOTIVE GOLD, Inc. ("AGI") or its direct or indirect customers;

    2. communicating with AGI or AGI's direct or indirect customers any action or threat of action including but not limited to cease and desist communications, requests for compensation or any other kind of action, threat or interference relating to or arising from the trademarks or trade dress of Volkswagen of America, Inc., Volkswagen Aktiengesellschaft or Audi Aktiengesellschaft in connection with AGI's license plates, license plate frames or key chains displaying Volkswagen or Audi trademarks;

D. Volkswagen of America, Inc. and Manders Detective Agency, Inc. dba Continental Enterprises shall serve upon each of their directors, officers, employees, agents or attorneys who participate in their trademark enforcement

activities a copy of this Order within forty-five (45) days of entry thereof and provide the Court and counsel for AGI certification of such service including a list of the names and addresses of persons and their job titles upon whom such service was made.

E. Volkswagen of America, Inc. shall serve a copy of this Order upon each person or business entity with whom or which defendants or any of them have sent cease and desist correspondence regarding AGI or license plates, license plate frames or key chains appearing to have been marketed, distributed or sold by AGI within forty-five (45) days of entry thereof and provide the Court and counsel for AGI certification of such service including a list of the names and addresses of the persons and business entities upon whom such service was made.

DATED this 13 day of May, 2003.

William D. Browning
Senior United States District Judge