UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

FILED ___ LODGED
RECEIVED ___ COPY

MAY 17 2004

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

Au-TO MOTIVE GOLD, INC., )
        Plaintiff, )
         )
  vs. )
         )
VOLKSWAGEN OF AMERICA, INC., )
et al., )
        Defendant. )

**JUDGMENT IN A CIVIL CASE**

Case No. CIV 01-162-TUC-WDB

**DECISION BY COURT.** This action came under consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED that** the Plaintiff's motion for declaratory and injunctive relief is GRANTED.

**IT IS FURTHER ORDERED** that the request for attorney's fees and costs is DENIED.

 5/14/04                       RICHARD H. WEARE
Date                          CLERK

(By) Marisa Harris, Deputy Clerk

