**GOOD LAW, P.C.**
Gregory L. Good, SB #014445
3430 E. Sunrise Dr., Suite 170
Tucson, Arizona 85718
Telephone: (520) 628-8221
Facsimile: (520) 547-0394

**HOWARD, PHILLIPS AND ANDERSEN**
Gregory D. Phillips
560 East 200th Street, Suite 230
Salt Lake City, Utah 84102
Telephone: (801) 366-7471
Facsimile: (801) 366-7706
Attorneys for Defendants /Counterclaimants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AU-TOMOTIVE GOLD, INC., <br><br> Plaintiff and Counterclaim Defendant, <br><br> vs. <br><br> VOLKSWAGEN OF AMERICA, INC., et al., <br><br> Defendants and Counterclaimants. | No. CIV 01-162-TUC-FRZ <br><br> **JOINT STATUS REPORT** |

In keeping with the Court's Order entered June 26, 2009 (Doc. 197), Plaintiff Au-Tomotive Gold, Inc. and Defendants Volkswagen of America, Inc., Audi of America, Inc., Volkswagen AG, and Audi AG (collectively "Volkswagen") hereby submit the following status report concerning discovery pertaining the issues of damages and restitution:

1. The parties have each conducted written discovery, including interrogatories and requests for production of documents and things pertaining to damages and

restitution. Each party has served the other with written responses and produced documents in response to requests.

2. Although the parties have completed some discovery, the parties agree that additional time beyond the September 1, 2009 deadline will be necessary to complete depositions, further document productions, and other necessary discovery pertaining to damages and remedies.

3. The parties therefore suggest and respectfully request that the Court allow the parties an additional period to and including December 1, 2009 within which to complete needed discovery, with a further Joint Status Report be filed by the parties on or before December 15, 2009.

DATED this 11th day of September, 2009.

    HOWARD PHILLIPS & ANDERSEN
    Gregory D. Phillips
    Scott R. Ryther
    Thomas R. Lee, Of Counsel

    GOOD LAW, P.C.

    _/s/ Gregory E. Good_
    Gregory E. Good
    Attorneys for Defendants

    H. Kenneth Kudon
    KUDON LAW FIRM

    LAW OFFICES OF DENNIS A. ROSEN

    _/s/_ As Authorized By
    Dennis A. Rosen
    Gayle D. Reay
    Attorneys for Plaintiff

# CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2009, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Dennis A. Rosen, Esq.
Gayle D. Reay, Esq.
Law Offices of Dennis A. Rosen
1670 E. River Rd., Suite 124
Tucson, AZ 85718-8900
drosen@drosenlaw.com
greay@drosenlaw.com

H. Kenneth Kudon, Esq.
Kudon Law Firm
2 Old Creek Ct.
Potomac, MD 20854
kkudon@kudonlaw.com
Attorneys for Plaintiff/Counterdefendant Au-Tomotive Gold, Inc.

Gregory D. Phillips, Esq.
Scott R. Ryther, Esq.
Howard, Phillips & Andersen, P.C.
560 East 200 South, Suite 300
Salt Lake City, Utah 84102
gdp@hpalaw.com
sryther@hpalaw.com
Attorneys for Defendants/Counterclaimants Volkswagen of America, Inc.,
   Audi of America, Inc. and Continental Enterprises

*Gloria McNeal*