**GOOD LAW, P.C.**
Gregory E. Good, SB# 014445
FOOTHILLS CORPORATE CENTER
3430 E. SUNRISE DRIVE, STE. 170
TUCSON, ARIZONA 85718
TELEPHONE: (520) 628-8221
FACSIMILE: (520) 547-0394

**HOWARD, PHILLIPS & ANDERSEN**
Gregory D. Phillips
Scott R. Ryther
Thomas R. Lee, Of Counsel
560 East 200 South, Suite 360
Salt Lake City, Utah 84102
Telephone: (801) 366-7471
Facsimile: (801) 366-7706

Attorneys for Defendants/Counterclaimants Volkswagen of America, Inc.,
Audi of America, Inc. and Continental Enterprises

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| AU-TOMOTIVE GOLD, INC, <br><br> Plaintiff/Counterdefendant, <br><br> vs. <br><br> VOLKSWAGEN OF AMERICA, INC., AUDI OF AMERICA, INC., VOLKSWAGEN AKTIENGESELLSCHAFT, AUDI AKTIENGESELLSCHAFT, and CONTINENTAL ENTERPRISES, <br><br> Defendant/Counterclaimants. | Case No: CIV-01-162 TUC-FRZ <br><br> **STIPULATION REGARDING SCOPE OF REMEDIES SOUGHT BY DEFENDANTS AND COUNTERCLAIMANTS AND RE SCOPE OF DISCOVERY SOUGHT BY PLAINTIFF** <br><br> *(Assigned to Hon. Frank R. Zapata)* |

Plaintiff Au-Tomotive Gold, Inc. ("Auto Gold") and Defendants/Counterclaimants Volkswagen of America, Inc., Audi of America, Inc., Volkswagen AG, and Audi AG (collectively "Volkswagen") hereby stipulate that Volkswagen withdraws and waives its claim and prayer for an award of actual damages on Volkswagen's counterclaims asserted under the operative sections of the Lanham Act, *i.e.*, 15 U.S.C. §§ 1114, 1125, and 1117. Volkswagen does not waive any other remedies sought under Volkswagen's counterclaims against Auto Gold.

In addition to and in exchange for the removal of Volkswagen's request for an award of actual damages under Volkswagen's Lanham Act claims, the parties hereby stipulate and agree to certain limitations and reductions in the scope of discovery previously requested by Auto Gold in discovery requests served on June 1, 2009. Specifically, the parties stipulate that it will be acceptable to all parties for Volkswagen to provide responses to the following listed Interrogatories Relating To Damages dated June 1, 2009, as modified, and produce documents responsive to the following listed Requests for Production of Documents dated June 1, 2009, as modified served by Auto Gold, by March 19, 2010 (all definitions and instructions in the aforesaid discovery requests remain in effect):

Interrogatories

1. Interrogatory Nos. 2, 3, 4, 6 and 10 of Plaintiff's Interrogatories to Defendants Relating to Damages and Other Relief;

2. A disclosure of the date or approximate date of Volkswagen's first use in commerce, separately, of (i) license plates (ii) license plate frames and (iii) key chains displaying the trademarks at issue; and

3. A disclosure identifying Volkswagen's most knowledgeable former or present managerial employee(s) with knowledge of the circumstances, factors and/or reasons which caused Volkswagen to enter the U.S. market with license plates, license plate frames or key chains displaying the marks.

Requests for Production of Documents:

1. Documents responsive to Auto Gold's Request Nos. 2, 3, 4, 5, 11, 28 and 30 (excluding privileged content) of Plaintiff's Request for Production of Documents Relating to Damages and Other Relief, subject to any confidentiality designations applicable under the protective order entered in this matter as needed to protect the confidentiality of certain information and documents internal to Volkswagen.

2. All documents which refer to any adverse effect(s) upon Volkswagen's actual or potential sales or profits of license plates, license plate frames or key chains displaying the marks that was caused or contributed to by or attributed to Auto Gold's activities or sales of any of its products.

3. All documents including without limitation documents passing between Volkswagen and Cyrk, Budco or any other licensee which refer to any adverse effect(s) upon Volkswagen's actual

or potential sales or profits of license plates, license plate frames or key chains displaying the trademarks at issue that was caused or contributed to by or attributed to any of the following:

    (a)    pricing the product too high or not high enough
    (b)    production problems
    (c)    quality problems
    (d)    shortages or back orders
    (e)    inadequate assortment or variety of products
    (f)    failure to offer a product or products
    (g)    unsatisfactory or unappealing design or appearance
    (h)    inadequate or unsatisfactory distributor or distribution system or method
    (i)    sales or other activities of a competitor or competitors
    (j)    any other factor identified as having caused or contributed to any adverse effect upon actual or potential sales.

5. Documents sufficient to disclose Volkswagen's annual revenues, profits and costs of each license plate, license plate frame or key chain displaying the marks during the period 1994 through 2008.

6. All documents containing or referring to any communications Volkswagen had with Auto Gold or its representatives prior to 1999 which relate to license plates, license plate frames or key chains displaying the marks.

7. All dealer contact or visitor reports for any Volkswagen or Audi dealer identified by Auto Gold as its customer which contain or refer to sales-related communications about license plates, license plate frames or key chains displaying the marks.

DATED this ___ day of March, 2010.

                              **HOWARD, PHILLIPS & ANDERSEN, P.C.**
                              Gregory D. Phillips
                              Scott R. Ryther
                              Thomas R. Lee, Of Counsel

                              **GOOD LAW, P.C.**

                              _____
                              Gregory E. Good
                              Attorneys for Defendants/Counterclaimants

/ / / /

/ / / /

3

1
2   H. Kenneth Kudon
    **KUDON LAW FIRM**
3
4   LAW OFFICES OF DENNIS A. ROSEN
5
6   *[signature]* Authorized By Ken Kudon
7   Dennis A. Rosen
    Gayle D. Reay
8   Attorneys for Plaintiff
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Law Offices
**GOOD LAW, P.C.**
FOOTHILLS CORPORATE CENTER
3430 E. SUNRISE DRIVE, STE. 170
TUCSON, ARIZONA 85718
TELEPHONE: (520) 628-8221   FACSIMILE: (520) 547-0394

## CERTIFICATE OF SERVICE

I hereby certify that on March __3__, 2010, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Dennis A. Rosen, Esq.
Gayle D. Reay, Esq.
Law Offices of Dennis A. Rosen
1670 E. River Rd., Suite 124
Tucson, AZ 85718-8900
drosen@drosenlaw.com
greay@drosenlaw.com

H. Kenneth Kudon, Esq.
Kudon Law Firm
2 Old Creek Ct.
Potomac, MD 20854
kkudon@kudonlaw.com
Attorneys for Plaintiff/Counterdefendant Au-Tomotive Gold, Inc.

Gregory D. Phillips, Esq.
Scott R. Ryther, Esq.
Howard, Phillips & Andersen, P.C.
560 East 200 South, Suite 300
Salt Lake City, Utah 84102
gdp@hpalaw.com
sryther@hpalaw.com
Attorneys for Defendants/Counterclaimants Volkswagen of America, Inc., Audi of America, Inc. and Continental Enterprises

*/s/ Gloria McNeal*

5