**GOOD LAW, P.C.**
Gregory E. Good, SB# 014445
FOOTHILLS CORPORATE CENTER
3430 E. SUNRISE DRIVE, STE. 170
TUCSON, ARIZONA 85718
TELEPHONE: (520) 628-8221
FACSIMILE: (520) 547-0394

**HOWARD, PHILLIPS & ANDERSEN**
Gregory D. Phillips
Scott R. Ryther
Thomas R. Lee, Of Counsel
560 East 200 South, Suite 360
Salt Lake City, Utah 84102
Telephone: (801) 366-7471
Facsimile: (801) 366-7706

Attorneys for Defendants/Counterclaimants Volkswagen of America, Inc.,
Audi of America, Inc. and Continental Enterprises

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Au-TOMOTIVE GOLD, INC, <br><br> Plaintiff/Counterdefendant, <br><br> vs. <br><br> VOLKSWAGEN OF AMERICA, INC., AUDI OF AMERICA, INC., VOLKSWAGEN AKTIENGESELLSCHAFT, AUDI AKTIENGESELLSCHAFT, and CONTINENTAL ENTERPRISES, <br><br> Defendant/Counterclaimants. | Case No: CIV-01-162 TUC-FRZ <br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE** <br><br> *(Assigned to Hon. Frank R. Zapata)* |

Plaintiff Au-Tomotive Gold, Inc. ("AGI") and Defendants/Counterclaimants Volkswagen of America, Inc., Audi of America, Inc., Volkswagen AG, and Audi AG (collectively "Volkswagen"), having reached a settlement of all claims and counterclaims in this matter, hereby stipulate as follows:

1. The Court shall retain and have continuing jurisdiction to enforce any breach or violation of the terms of the Final Settlement Agreement of the parties hereto and also the permanent injunction entered by the Court against AGI on March 31, 2008.

2. All claims asserted by AGI, and all claims and counterclaims asserted by Volkswagen in this action, are hereby DISMISSED WITH PREJUDICE, each party to bear its own attorneys' fees and costs.

**STIPULATED AND AGREED TO:**

**HOWARD, PHILLIPS & ANDERSEN, P.C.**
Gregory D. Phillips
Scott R. Ryther
Thomas R. Lee, Of Counsel

**GOOD LAW, P.C.**

Gregory E. Good
Attorneys for Defendants/Counterclaimants

H. Kenneth Kudon
**KUDON LAW FIRM**

**LAW OFFICES OF DENNIS A. ROSEN**

As Authorized By
Dennis A. Rosen
Gayle D. Reay
Attorneys for Plaintiff

2

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2010, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Dennis A. Rosen, Esq.
Gayle D. Reay, Esq.
Law Offices of Dennis A. Rosen
1670 E. River Rd., Suite 124
Tucson, AZ 85718-8900
drosen@drosenlaw.com
greay@drosenlaw.com

H. Kenneth Kudon, Esq.
Kudon Law Firm
2 Old Creek Ct.
Potomac, MD 20854
kkudon@kudonlaw.com
Attorneys for Plaintiff/Counterdefendant Au-Tomotive Gold, Inc.

Gregory D. Phillips, Esq.
Scott R. Ryther, Esq.
Howard, Phillips & Andersen, P.C.
560 East 200 South, Suite 300
Salt Lake City, Utah 84102
gdp@hpalaw.com
sryther@hpalaw.com
Attorneys for Defendants/Counterclaimants Volkswagen of America, Inc.,
   Audi of America, Inc. and Continental Enterprises

*Gloria McNeal*